**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICKY BURNINGHAM, | No. 09-70620 |
| Petitioner - Appellant, | Tax Ct. No. 7948-07 |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from a Decision of the
United States Tax Court

Submitted December 14, 2010[**]

Before:  GOODWIN, WALLACE, and W. FLETCHER, Circuit Judges.

Ricky Burningham appeals pro se from the tax court's order dismissing his

petition for lack of subject matter jurisdiction.  We have jurisdiction under 26

U.S.C. § 7482(a)(1).  We review de novo.  *Abrams v. Comm'r*, 814 F.2d 1356,

1357 (9th Cir. 1987) (per curiam).  We affirm.

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]  The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The tax court properly concluded that it lacked jurisdiction because Burningham was never issued a Notice of Deficiency or a Notice of Determination. *See* 26 U.S.C. §§ 6213(a), 6330(d); *Abrams*, 814 F.2d at 1357 (holding that a pre-filing notification letter from the Internal Revenue Service was not a Notice of Deficiency, and therefore, the tax court had no jurisdiction over the taxpayer's petition).

Burningham's remaining contentions are unpersuasive.

**AFFIRMED.**

09-70620